# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Andrea Genovese
    Plaintiff

    V.

Asset Recovery Solutions, LLC;
and DOES 1-10, Inclusive
    Defendants

CIVIL ACTION

NO. 1:16-cv-11861-PBS

## SETTLEMENT ORDER OF DISMISSAL

SARIS, Chief Judge

    In accordance with Notice of Settlement filed by the Parties on October 10, 2016, IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

10/11/2016                                       /s/ Clarilde Geraldino-Karasek

Date                                             Deputy Clerk